UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:

121 LANGDON STREET GROUP, LLP,   Case No. 21-10886-cjf
                                  Chapter 11

Debtor and Debtor-in-Possession.

**NOTICE FOR HEARING ON APPROVAL OF 121 LANGDON STREET GROUP, LLP'S DISCLOSURE STATEMENT DATED JULY 26, 2021 AND SETTING TIME TO FILE OBJECTIONS TO DISCLOSURE STATEMENT DATED JULY 26, 2021**

**TO: All parties in interest.**

A Disclosure Statement under Chapter 11 of the Bankruptcy Code was filed by 121 Langdon Street Group, LLP ("Debtor") on July 26, 2021;

NOTICE IS HEREBY GIVEN THAT:

1. The hearing to consider the approval of the Disclosure Statement will be held at the U.S. Courtroom at 120 North Henry Street, Room 350, in the City of Madison, Wisconsin, 53703 on **SEPTEMBER 9, 2021 at 10:30 a.m.**

2. Objections to the Disclosure Statement shall be filed in accordance with Rule 3017(a) **not less than five (5) days** prior to the hearing on the Disclosure Statement.

3. All objections shall be made in writing, shall state the basis for the objection with specificity, shall be filed with the Clerk of the United States Bankruptcy Court at the address indicated above, and shall be served upon the undersigned attorney for the Debtor at the address set forth below, and the United States Trustee, located at 780 Regent Street, Suite 304, Madison, Wisconsin, 53715.

4. The Debtor, by its attorneys, shall transmit the Disclosure Statement and Exhibits to each member of a creditors committee appointed pursuant to Section 1102 of the Bankruptcy Code, if any, and to any party in interest who requests in writing a copy of the Disclosure Statement.

5. Requests for copies of the Disclosure Statement and Exhibits must be in writing and shall be mailed to KREKELER STROTHER, S.C., the attorneys for the Debtors-in-Possession, at 2901 West Beltline Highway, Suite 301, Madison, Wisconsin, 53713.

Dated: July 28, 2021

                **Krekeler Strother, S.C.**

By: _____
      Kristin J. Sederholm
      *Attorneys for the Debtor,*
      *121 Langdon Street, LLP*

**Address**:
2901 West Beltline Highway, Suite 301
Madison, WI 53713
(608) 258-8555
ksederho@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*In re:*

121 LANGDON STREET GROUP, LLP,

Debtor and Debtor-in-Possession.

Case No. 21-10886-cjf
**Chapter 11**

### AFFIDAVIT OF MAILING

STATE OF WISCONSIN   )
                     ) ss.
COUNTY OF DANE       )

The undersigned, being first duly sworn on oath, deposes and says that on the July 28, 2021, the undersigned electronically filed with the Clerk of Court and served upon the following parties using the ECF system the following documents shown below to:

1. Notice of Hearing on Approval of 121 Langdon Street Group, LLP's Disclosure Statement dated July 26, 2021 and Setting Time to File Objections to Disclosure Statement dated July 26, 2021;
2. A copy of the Disclosure Statement of 121 Langdon Street Group, LLP dated July 26, 2021, with attached Exhibits.

>Jennifer K Niemeier on behalf of U.S. Trustee U.S. Trustee's Office
>Jennifer.Niemeier@usdoj.gov
>
>Ryan T. Carlson on behalf of Midland States Bank
>ryan@rcarlsonlaw.com
>
>Eric R. Johnson on behalf of Lokre Development Company, ME Elmore 1, LLC, RL lmore 1, LLC, Gwen Means, and Todd Bramschreiber
>eric.johnson@bdjwislaw.com
>
>Adam Gallagher, Dane County Treasurer
>treasurer@countyofdane.com
>
>121 Langdon Street Group, LLP, c/o Harold Langhammer, via email

The undersigned, being first duly sworn on oath, deposes and says that on July 28, 2021, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the following pleadings to all on attached matrix:

1. Notice of Hearing on Approval of 121 Langdon Street Group, LLP's Disclosure Statement dated July 26, 2021 and Setting Time to File Objections to Disclosure Statement dated July 26, 2021.

By: _____
      Eddie Sanchez

Subscribed and sworn to before me
This 28th day of July, 2021
_____
Cheryl Watson
Notary Public, State of Wisconsin
My Commission expires: 08/15/2021

```
Label Matrix for local noticing          121 Langdon Street Group LLP           Lokre Development Company
0758-3                                   P.O. Box 260140                        PO Box 215
Case 3-21-10886-cjf                      Madison, WI 53726-0140                 Plover, WI 54467-0215
Western District of Wisconsin www.wiwb.uscour
Madison
Wed Jul 28 13:17:09 CDT 2021

ME Elmore 1, LLC                         Midland States Bank                    RL Elmore 1, LLC
142 E Capitol Drive                      1201 Network Centre Drive              PO Box 215
Hartland, WI 53029-2104                  Effingham, IL 62401-4677               Plover, WI 54467-0215


U.S. Bankruptcy Court                    Andrew Kase                            Areille Buslovich
U.S. Federal Courthouse                  201 W. Lakelawn Pl.                    515 N. Lake St.
120 N. Henry Street                      Madison, WI 53703-4671                 Madison, WI 53703-1091
Madison, WI 53703-2559


Attorney David R. Sparer                 Ben Smith                              Brian Stotler
Carlson Black O'Callaghan                121 Langdon Street, #2                 Stotler & Stotler SC
& Battenberg LLP                         Madison, WI 53703-1312                 702 N Blackhawk Ave # 212
222 W Washington Avenue, Ste 705                                                Madison, WI 53705-3318
Madison, WI 53703-2745

Brock Huffer                             Christian Lese                         City of Madison
121 Langdon Street, #1                   121 Langdon Street, #2                 Madison Municipal Court
Madison, WI 53703-1312                   Madison, WI 53703-1312                 210 Martin Luther King, #203
                                                                                Madison, WI 53703-3343

City of Madison                          DANE COUNTY TREASURER                  Dane County Treasurer's Office
c/o City Attorney's Office               PO BOX 1299                            210 Martin Luther King Jr Blvd
210 Martin Luther King Jr. Blvd.         MADISON, WI 53701-1299                 Room 114
Room 401                                                                        Madison, WI 53703-3342
Madison, WI 53703-3345

Daniel Ye                                EBF Partners, LLC                      EBF Partners, LLC
121 Langdon Street, #1                   5 West 37th Street, 2nd Floor          dba Everest Business Funding
Madison, WI 53703-1312                   New York, NY 10018-5385                8200 NW 52nd Terrace, 2nd Floor
                                                                                Doral, FL 33166-7852

EBF Partners, LLC d/ba Everest Business Fund   Eric R. Johnson                  Erik Jan Van Deursen
8200 N.W. 52nd Terrace, Suite 200              Buzza Dreier & Johnson LLC       121 Langdon Street, #3
Doral, FL 33166-7852                           2925 Post Road                   Madison, WI 53703-1312
                                               Stevens Point, WI 54481-6455

Erik Johannson                           Ethan Hight                            Ferch Architecture
121 Langdon Street, #2                   9640 Little Road                       ATTN: David A. Ferch
Madison, WI 53703-1312                   Bloomington, MN 55437-2141             2704 Gregory Street
                                                                                Madison, WI 53711-1841

Garth Langhammer                         Graham Meyer                           Gunnar Smith
W2140 Behnke Road                        121 Langdon Street, LL                 121 Langdon Street, LL
Brooklyn, WI 53521-9726                  Madison, WI 53703-1312                 Madison, WI 53703-1312
```

| | | |
|---|---|---|
| Gwen Means<br>10 Greystone Lane<br>Gordonville, PA 17529-9595 | Harold Langhammer<br>370 East Lakeside Street<br>Madison, WI 53715-2074 | Internal Revenue Service<br>Insolvency Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jack Gwertzman<br>121 Langdon Street, #3<br>Madison, WI 53703-1312 | Jacob Dillie<br>121 Langdon Street, #1<br>Madison, WI 53703-1312 | Joey He<br>121 Langdon Street, LL<br>Madison, WI 53703-1312 |
| Kyle Verheyen<br>121 Langdon Street, #3<br>Madison, WI 53703-1312 | ME Elmore 1, LLC<br>142 East Capitol Drive<br>Hartland, WI 53029-2104 | Madison Gas Electric Co.<br>PO Box 1231<br>Madison, WI 53701-1231 |
| Max Christopherson<br>121 Langdon Street, #1<br>Madison, WI 53703-1312 | Miles Statz<br>210 Lakelawn Pl<br>Madison, WI 53703-4401 | Nick Sandefur<br>121 Langdon Street, LL<br>Madison, WI 53703-1312 |
| Noah Adelman<br>121 Langdon Street, #2<br>Madison, WI 53703-1312 | Noah Rochlin<br>121 Langdon Street, #3<br>Madison, WI 53703-1312 | Office of the United States Trustee<br>780 Regent Street<br>Suite 304<br>Madison, WI 53715-2635 |
| RL Elmore 1, LLC<br>3062 Village Park Drive<br>Plover, WI 54467-4300 | Richard Wang<br>121 Langdon Street, #3<br>Madison, WI 53703-1312 | Ryan T. Carlson<br>R. Carlson Law Offices<br>N28W223050 Roundy Drive<br>Suite 204<br>Pewaukee, WI 53072 |
| Thomas Gillis<br>121 Langdon Street, #1<br>Madison, WI 53703-1312 | Todd Bramschreiber<br>5801 Packer Drive<br>Wausau, WI 54401-9325 | Tolga Beser<br>121 Langdon Street, #2<br>Madison, WI 53703-1312 |
| U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 | Zoe Hanson<br>225 E. Lakelawn Pl<br>Madison WI 53703-1207 | Kristin J. Sederholm<br>2901 West Beltline Highway<br>Suite 301<br>Madison, WI 53713-4228 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Lokre Development Company
P.O. Box 215
Plover, WI 54467-0215

(d) Midland States Bank
1201 Network Centre Drive
Effingham, IL 62401-4677

(d) Gwen Means
10 Greystone Lane
Gordonville, PA 17529-9595

(d) Todd Bramschreiber
5801 Packer Drive
Wausau, WI 54401-9325

End of Label Matrix
Mailable recipients   56
Bypassed recipients    4
Total                 60